**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CHELSEA L. DAVIS | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | NO. 2:14-cv-1065 |
| | § | |
| | § | |
| GECESP ASSOCIATES LLC, | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**<u>CHELSEA DAVIS'S RESPONSE TO GECESP ASSOCIATES LLC'S MOTION TO DISMISS AND BRIEF IN SUPPORT</u>**

CHELSEA L. DAVIS files this her Response to GECESP Associates LLC's Motion to Dismiss.

GECESP Associates LLC's Motion to Dismiss must be denied. I sufficiently plead my causes of action for relief under federal statutes against GECESP Associates LLC. My Complaint complies with the pleading standards of Rule Eight of the Federal Rules of Civil Procedure.

For the reasons set forth herein, Plaintiff's Complaint does state a claim upon which relief can be granted, does invoke the court's federal question jurisdiction, and does comply with the pleading standards. Therefore, I respectfully request that this Court deny Defendants' Motions to Dismiss. In the alternative, I request leave to amend my pleadings.

Dated Jan. 14, 2015 Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, Pro-Se
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

I hereby certify that, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and by mail to anyone unable to accept electronic filing Parties may access this document through the court's CM/ECF system.

/s/Chelsea L. Davis
Chelsea L. Davis